IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STARLINDA BRANICK,<br><br>               Plaintiff,<br><br>  v.<br><br>ROUNDY'S SUPERMARKETS, INC.,<br><br>               Defendant. | Case No. 1: 20-cv-01087 |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Starlinda Branick, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice the above entitled action as between Plaintiff and Defendant Roundy's Supermarkets, Inc. with each party to bear its own costs and fees.

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
bcarlson@carlsonlynch.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on August 17, 2020, I caused a true and correct copy of foregoing *Notice of Voluntary Dismissal* to be filed electronically and served via the Court's ECF system.

                                                Respectfully Submitted,

                                    By:  */s/ R. Bruce Carlson*
                                                    R. Bruce Carlson